# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 6, 2010

Marilyn Kelly,
Chief Justice

141152

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

MARIO KACHO,
        Plaintiff,

v

KSK HOSPITALITY GROUP, INC., and
JIM GIBBONS
        Defendants, Third-Party
        Plaintiffs-Appellees,

v

ST. PAUL SURPLUS LINES INSURANCE
COMPANY,
        Third-Party Defendant-Appellant.

SC: 141152
COA: 289012
Oakland CC: 2007-084356-NO

_____/

On order of the Court, the application for leave to appeal the March 2, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 6, 2010

_____
Clerk

0929